UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COCHISE B. LEE,<br><br>        Petitioner,<br><br>        v.<br><br>C. KOENING,<br><br>        Respondent. | No. CV 18-4774-VAP (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Second or Successive Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: Aug 2, 2018

VIRGINIA A. PHILLIPS
Chief United States District Judge